IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-01125-REB-CBS

BENITO MEDINA,

    Plaintiff,

v.

DON PETROSS, Sheriff [sic], Deputy,
JANE DOE, Sheriff [sic] Deputy, and
SARGENT RON GOODMAN, Sheriff [sic] Deputy,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2009

GREGORY C. LANGHAM
    CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 15, 2009, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01125-REB-CBS

Benito Medina
Prisoner No. 135975
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Don Petross and Sgt. Ron Goodman

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, Don Petross and Sgt. Ron Goodman: SECOND AMENDED COMPLAINT FILED 11/21/08, ORDER FILED 1/7/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/20/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk