IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 08-cv-01125-REB-CBS

BENITO MEDINA,

    Plaintiff,

v.

DON PETROSS, Sheriff Deputy,
JANE DOE, Sheriff Deputy, and
SARGENT RON GOODMAN, Sheriff Deputy,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw Entry of Appearance of Richard C. Anguiano as Counsel of Record for Defendants (*doc. # 45*) is GRANTED. Attorney Richard C. Anguiano is relieved of any further representation of *Defendants* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Mr. Anguiano and to remove him from the electronic certificate of mailing.

**DATED:**    December 21, 2009